**Curtis E. CRAWFORD, Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Joseph M. Brooks, Warden, Defendants—Appellees.**

No. 04–6776.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 21, 2004.

Curtis E. Crawford, Appellant pro se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Curtis E. Crawford appeals the district court's orders dismissing his complaint filed under the Federal Torts Claim Act pursuant to 28 U.S.C. § 1915A(b)(1) (2000), for failure to state a claim and dismissing his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Crawford v. Fed. Bureau of Prisons,* No. CA–04–218–2 (E.D. Va. Apr. 26, 2004; Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*